EUGENE HIGGINS, Appellant, v. THE CARTER'S INK COMPANY, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Davis, JJ.

ISAAC LEVINSON, Respondent, v. CRAWFORD'S TRANSFER and Others, Impleaded with MARKUS SCHNURMACHER and Another, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Davis, JJ.

MARY F. MURPHY and Others, Appellants, v. GEORGE K. MACKEY and Others, Respondents, Impleaded with EMILY OBERHELMAN, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Davis, JJ.

HUDSON BUILDING, Appellant, v. COMPAGNIE GENERALE TRANSATLANTIQUE, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Davis, JJ.; Clarke, P. J., dissented.

MARY T. PALMA, Appellant, v. THE TOWN OF NORTH HEMPSTEAD, Respondent. WALTER W. HOFFMAN v. THE TOWN OF NORTH HEMPSTEAD.— Judgments and orders affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Davis, JJ.

AMERICAN BILL POSTING COMPANY, Appellant, v. JOHN H. SPRINGER and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Davis, JJ.

MAURICE S. WEEKER, Respondent, v. JOHN BALDWIN HAND, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Scott, Dowling, Smith and Davis, JJ.

THE BRADFORD COMPANY, Respondent, v. JAMES H. DUNN, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to withdraw demurrer and answer on payment of costs. No opinion. Present — Clarke, P. J., Scott, Dowling, Smith and Davis, JJ.

H. CLAY HOWARD, Respondent, v. EDWARD N. BREITUNG and Others, Copartners, etc., Appellants.— Order affirmed, with ten dollars costs and disbursements, with leave to defendants to withdraw demurrer and answer on payment of costs. No opinion. Present — Clarke, P. J., Scott, Dowling, Smith and Davis, JJ.

MORRIS RINGULESCU, an Infant, by HYMAN RINGULESCU, His Guardian ad Litem, Appellant, v. GEORGE W. LINCH, as Receiver of the Second Avenue Railroad Company, Respondent. HYMAN RINGULESCU, Appellant, v. GEORGE W. LINCH, as Receiver of the Second Avenue Railroad Company, Respondent.— Judgments and orders affirmed, with costs. No opinion. Present — Clarke, P. J., Scott, Dowling, Smith and Davis, JJ.